IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **KAREN BOOK,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 5:19-cv-06076-RK |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE TO TAKE VIDEO DEPOSITION

Defendant American Family Insurance Company, by and through its attorneys, Littler Mendelson, P.C., will take the video deposition of Karen Book on the 4th day of February, 2020, at 9:00 a.m. at the offices of Littler Mendelson, 2301 McGee Street, 8th Floor, Kansas City, Missouri 64108. The deposition will be taken on oral examination and such testimony will be recorded stenographically and by a videographer.

Respectfully submitted,

*/s/ Alyssa S. Gonnerman*
Curtis R. Summers, MO #58352
Alyssa S. Gonnerman, MO #67137
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO  64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
csummers@littler.com
agonnerman@littler.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of January, 2020, the above and foregoing was sent through the Court's ECF filing system to:

Susan Montee
James Montee
Amanda Montee
Jeffrey P. Blackwood
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Fax
smontee@monteelawfirm.com
monteelaw@outlook.com
amontee@monteelawfirm.com
jblackwood@monteelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

                                        */s/Alyssa S. Gonnerman*
                                        Attorney for Defendant