IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **KAREN BOOK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:19-cv-06076-RK |
| | ) |
| **AMERICAN FAMILY MUTUAL** | ) |
| **INSURANCE COMPANY, S.I.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

Defendant American Family Mutual Insurance Company, S.I., by and through its attorneys of record, hereby certifies that on the 14th day of January, 2020, a true and correct copy of Defendant's Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was served by electronic mail to the following:

James Montee
Amanda Montee
Jeffrey Blackwood
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Fax
monteelaw@outlook.com
amontee@monteelawfirm.com
jblackwood@monteelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

1

Respectfully submitted,

*/s/Alyssa S. Gonnerman*
Curtis R. Summers, MO #58352
Alyssa S. Gonnerman, MO #67137
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
csummers@littler.com
agonnerman@littler.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2020, the above and foregoing was sent through the Court's ECF filing system to:

Susan Montee
James Montee
Amanda Montee
Jeffrey P. Blackwood
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Fax
smontee@monteelawfirm.com
monteelaw@outlook.com
amontee@monteelawfirm.com
jblackwood@monteelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Alyssa S. Gonnerman*
Attorney for Defendant