# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KAREN BOOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:19-cv-06076-RK |
| | ) |
| AMERICAN FAMILY MUTUAL | ) |
| INSURANCE COMPANY, S.I. | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO TAKE DEPOSITION OF ANDREW TURK

Please take notice that Plaintiff will take the oral deposition of Andrew Turk on February 19, 2020 starting at 9:00 a.m. The deposition will take place at the office of Montee Law Firm, P.C., 1025 North 22nd Street, St. Joseph, MO 64506, and will be recorded stenographically.

Dated: Feb. 13, 2020

MONTEE LAW FIRM, P.C.

 /s/ Jeff Blackwood
Jeffrey P. Blackwood (MO #71445)
James Montee, MO #33489
Amanda Blackwood, MO#65054
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Fax
monteelaw@outlook.com
amontee@monteelawfirm.com
jblackwood@monteelawfirm.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that on February 13, 2020, the above NOTICE TO TAKE DEPOSITION OF ANDREW TURK was electronically served on all counsel of record via ECF filing.


Dated: Feb. 13, 2020                      */s/ Jeff Blackwood*
                                                      Jeffrey P. Blackwood (MO #71445)