# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| KAREN BOOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cv-06076-RK |
| | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE TO TAKE DEPOSITION OF TIM JOHNSTON

Please take notice that Plaintiff will take the oral deposition of Tim Johnston on March 18, 2020 starting at 9:00 a.m. The deposition will take place at American Family Mutual Insurance Company, 6000 American Parkway, Madison, WI 53783 and will be recorded stenographically.

Dated: March 5, 2020

MONTEE LAW FIRM, P.C.

 */s/ Jeff Blackwood*
Jeffrey P. Blackwood (MO #71445)
James Montee, MO #33489
Amanda Blackwood, MO#65054
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Fax
monteelaw@outlook.com
amontee@monteelawfirm.com
jblackwood@monteelawfirm.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that on March 5, 2020, the above NOTICE TO TAKE DEPOSITION OF TIM JOHNSTON was electronically served on all counsel of record via ECF filing.


Dated: March 5, 2020  /s/ *Jeff Blackwood*
Jeffrey P. Blackwood (MO #71445)