# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KAREN BOOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-06076-RK |
| ) | |
| AMERICAN FAMILY MUTUAL ) | |
| INSURANCE COMPANY, S.I. ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO TAKE DEPOSITION OF APRIL BEAUFORD

Please take notice that Plaintiff will take the oral deposition of April Beauford on March 26, 2020 starting at 9:00 a.m. The deposition will take place at American Family Mutual Insurance Company, 1905 EP True Parkway, Suite 201 West Des Moines, IA 50265 and will be recorded stenographically.

Dated: March 5, 2020

MONTEE LAW FIRM, P.C.

 */s/ Jeff Blackwood*
Jeffrey P. Blackwood (MO #71445)
James Montee, MO #33489
Amanda Blackwood, MO#65054
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Fax
monteelaw@outlook.com
amontee@monteelawfirm.com
jblackwood@monteelawfirm.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

  I certify that on March 5, 2020, the above NOTICE TO TAKE DEPOSITION OF APRIL BEAUFORD was electronically served on all counsel of record via ECF filing.


Dated: March 5, 2020           */s/ Jeff Blackwood*
                   Jeffrey P. Blackwood (MO #71445)